

**LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK LLP**

600 SOUTH AVENUE WEST • WESTFIELD, NEW JERSEY 07090
T: 908.654.5000 • F: 908.654.7866 • WWW.LDLKM.COM

CHINA: UNIT 3405A • TEEM TOWER • 208 TIANHE ROAD • TIANHE DISTRICT
GUANGZHOU, GUANGDONG 510620 • CHINA • T: +86 20 3810-3788 • F: +86 20 3810-3789

INTELLECTUAL PROPERTY LAW

Roy H. Wepner
908.518.6306
rwepner@ldlkm.com

August 13, 2013

RECEIVED
AUG 13 2013
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**VIA FACSIMILE** (609.989.0435)
The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
United States District Court
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    *Diebold, Incorporated v. Content Extraction and Transmission LLC et al.*
            Civil Action No. 12-7640-MAS-TJB

            -consolidated with-

            *Content Extraction and Transmission LLC v. Wells Fargo Bank, National Association*
            Civil Action No. 12-2501-MAS-TJB

            *Content Extraction and Transmission LLC v. The PNC Financial Services Group, Inc.*
            Civil Action No. 12-6960-MAS-TJB

            Our Ref: DIEBOL 6.1-001

Dear Magistrate Judge Bongiovanni:

      We represent plaintiff Diebold, Incorporated ("Diebold"), in the above-captioned action. We write to you at the suggestion of your Courtroom Deputy, Mark Morelli, made in a phone call earlier today. Diebold respectfully requests an adjournment of the due date for Diebold to file a reply or other response to counterclaims appearing in the document (Dkt.69) filed by Defendant Content Extraction and Transmission LLC ("CET") on July 23, 2013. Assuming the counterclaims are not stricken, as Diebold has requested (*see* Dkt.72, at 2-3), a response by Diebold could be due this Friday, August 16, 2013. Diebold respectfully requests that the due date be adjourned until at least Monday, August 19, 2013, when counsel for the parties will be appearing in person before Your Honor.

      Jean-Marc Zimmerman, Esq., counsel for CET, and Joseph Casello, Esq., counsel for the individual defendants, have agreed to this request for an extension of time until the hearing on Monday, August 19, 2013.

      CET's counterclaims will be a subject before the Court at the August 19, 2013 hearing because they deal directly with the patents and patent infringement allegations that were the subject of the decision by Judge Shipp on July 31, 2013, which held CET's patents invalid under 35 U.S.C. § 101. (Dkts.64, 65 in the *Wells Fargo* action.) The subject counterclaims have also been the subject of Diebold's request to strike and/or for a suspension of time for any reply, in our letter dated July 26, 2013, to Your Honor. (Dkt.72.)

3257784_1.docx



The Honorable Tonianne J. Bongiovanni
August 13, 2013
Page 2

For the foregoing reasons, Diebold respectfully requests an extension of time to reply or otherwise move, in response to CET's counterclaims, at least until the hearing scheduled for August 19, 2013. If the Court agrees, we ask that a copy of this letter be "So Ordered" below.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Diebold, Incorporated
In Civil Action No. 12-2640/PGS-TJB*

By: _____
Roy H. Wepner

RHW/dg

cc:   Jean-Marc Zimmerman, Esq. (via e-mail: jmz@iplcounsel.com)
      Joseph M. Casello, Esq. (via e-mail: jcasello@cvclaw.net)

**SO ORDERED:**

Dated: August 13, 2013
Trenton, New Jersey

_____
Tonianne J. Bongiovanni
United States Magistrate Judge

3257784_1.docx